JS - 6
**FILED: 1/08/2013**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Joseph Anthony D'Errico*, <br>             Plaintiff, <br>     v. <br> *Commissioner, IRS*, <br>             Defendant. | CASE NO. CV 10-9299-GHK (CWx) <br><br> JUDGMENT |

    Pursuant to the Court's January 8, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Joseph Anthony D'Errico's claims against Defendant Commissioner, Internal Revenue Service ("Defendant") are **DISMISSED** as moot.  Also pursuant to the Court's January 8, 2013 Order, Defendant's Counterclaim is dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c).

    **IT IS SO ORDERED**.

    DATED: January 8, 2013

                                                                                       _____
                                                                                  GEORGE H. KING
                                                            Chief United States District Judge